■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MIGUEL BONILLA, Respondent, v MICHAEL NASH, Acting Superintendent, Willard Drug Treatment Campus, Appellant. [910 NYS2d 709]— Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), dated July 24, 2009 in a habeas corpus proceeding. The judgment ordered that petitioner be released from custody.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law without costs and the petition is dismissed (*see People ex rel. Carson v Williams*, 77 AD3d 1378 [2010]; *People ex rel. Kavazanjian v Williams*, 71 AD3d 1528 [2010]; *People ex rel. Van Steenburg v Wasser*, 69 AD3d 1135 [2010], *lv denied in part and dismissed in part* 14 NY3d 883 [2010]; *People ex rel. Almodovar v Berbary*, 67 AD3d 1419 [2009], *lv denied* 14 NY3d 703 [2010]). Present—Smith, J.P., Fahey, Lindley, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC WILLIS, Appellant. [910 NYS2d 709]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered September 28, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Lindley, Sconiers and Gorski, JJ.